The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIAH MEADE, on her own behalf and on behalf of others similarly situation,

Plaintiff,

v.

PROFUSION COSMETICS CORP.,

Defendant.

No. 3:26-cv-5498

**[PROPOSED] ORDER GRANTING DEFENDANT PROFUSION COSMETICS CORP.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**NOTED ON MOTION CALENDAR:
June 18, 2026**

[PROPOSED] ORDER GRANTING
DEFENDANT PROFUSION COSMETICS
CORP.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT
No. 3:26-cv-5498

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Tel: 206.839.4800

THIS MATTER came before the Court on Defendant Profusion Cosmetics Corp.'s ("Profusion Cosmetics") Motion to Dismiss (the "Motion") the Complaint filed by Plaintiff Mariah Meade. The Court considered all pleadings and papers filed in this action, the Complaint, the Motion, Plaintiff's Response to the Motion, Profusion Cosmetics Reply in Support of its Motion, and any oral argument and all other matters presented to the Court.

After having fully considered arguments of counsel, and being otherwise fully advised, it is now HEREBY ORDERED that Profusion Cosmetics' Motion to Dismiss is GRANTED and Plaintiff's Complaint is dismissed with prejudice. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2026.

The Honorable Benjamin H. Settle
United States District Court Judge

Presented by:

*s/ David Freeburg*
**DLA PIPER LLP (US)**
David Freeburg, WSBA No. 48935
Danielle Igbokwe, WSBA No. 62714
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Telephone:    206.839.4800
E-mail: *David.Freeburg@us.dlapiper.com*
E-mail: *Danielle.Igbokwe@us.dlapiper.com*

*Attorneys for Defendant Profusion Cosmetics Corp.*

[PROPOSED] ORDER GRANTING
DEFENDANT PROFUSION COSMETICS
CORP.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT - 1
No. 3:26-cv-5498

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Tel: 206.839.4800

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 21st day of May, 2026.

*/s/ Kiersten Houst*
Kiersten Houst, Legal Executive Assistant

[PROPOSED] ORDER GRANTING
DEFENDANT PROFUSION COSMETICS
CORP.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT - 2
No. 3:26-cv-5498

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Tel: 206.839.4800